| | | |
|---|---|---|
| CAAP–13–00 01578 | State v. Yamura | Affirmed |
| CAAP–12–00 00501 | Sunahara v. Department of Health | Affirmed |

### May 30, 2014

| | | |
|---|---|---|
| CAAP–12–00 00980 | State v. Murphy | Affirmed |
| CAAP–13–00 00394 | State v. Parker | Affirmed |
| CAAP–11–00 00335 | Waiolama v. State | Affirmed |

### June 4, 2014

| | | |
|---|---|---|
| CAAP–12–00 00685 | State v. Tuia | Affirmed |

### June 5, 2014

| | | |
|---|---|---|
| CAAP–11–00 00332 | Yu v. Derdevanis | Affirmed |

### June 13, 2014

| | | |
|---|---|---|
| CAAP–12–00 00866 | Federal Land Bank Ass'n of Hawaii, FLCA v. Bassan | Dismissed |
| CAAP–11–00 01036 | Lui v. Waikiki Business Plaza | Affirmed |

### June 20, 2014

| | | |
|---|---|---|
| CAAP–12–00 00987 | State v. Faamama | Affirmed |
| CAAP–12–00 00684 | State v. Fisher | Affirmed |
| CAAP–12–00 00988 | State v. Heers | Affirmed |

### June 24, 2014

| | | |
|---|---|---|
| CAAP–13–00 00112, CAAP–13–00 03063 | Cassiday v. Vannatta | Affirmed |